IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. **09-30160-DRH** |
| ) | |
| **RYAN W. ASSELIN,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

**PROUD, Magistrate Judge:**

On October 26, 2009, defendant and his newly appointed attorney appeared for arraignment and a detention hearing. The arraignment was accomplished, and a brief recess was taken before the detention hearing was to commence. Defendant became ill and eventually required medical attention, so defendant was remanded to the temporary custody of the U.S. Marshal and taken to a hospital. According to information conveyed by the U.S. Marshal, at this juncture defendant is expected to be hospitalized for three days.

**IT IS THEREFORE ORDERED** that the U.S. Marshal for the Southern District of Illinois shall notify the Court when defendant is released from the hospital. If defendant is not released before **noon on Thursday, October 29, 2009**, the Marshal shall submit a written status report to the Court at that time.

**IT IS FURTHER ORDERED** that the detention hearing will be reset by separate notice.

**IT IS FURTHER ORDERED** that in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(A), (h)(3) and (h)(4), all time that defendant is hospitalized is considered excluded for purposes of calculating when trial must commence.

**IT IS SO ORDERED.**

**DATED:  October 27, 2009**

<u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**
