UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  3:09-CR-30160-DRH-1 |
| | ) |
| RYAN W. ASSELIN, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Now before the Court is Defendant Ryan Asselin's motion to preserve cellular phones (Doc. 24).  Based on the reasons stated in the motion, the Court **GRANTS** the motion.  It is hereby **ORDERED** that the United States Attorney's Office, the Drug Enforcement Administration, the O'Fallon, Illinois Police Department, and any other law enforcement personnel preserve, maintain, and otherwise retain all information contained within the cellular phones with phone numbers (618) 979-4082, seized from the home of John Kiegel on the day of his death, and (618) 250-5442, seized from Defendant Asselin on the date of his arrest and currently within the control of said agency.  Such law enforcement personnel are further **ORDERED** to take necessary measures to assure that any and all text messages contained on these phones be preserved.

**IT IS SO ORDERED**.

Dated this 4thday of December, 2009.

/s/   *DavidRHerndon*

**Chief Judge**
**United States District Court**