IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**RYAN W. ASSELIN,**

**Defendant.**                                                                                      No. 09-30160-DRH

<u>ORDER</u>

**HERNDON, Chief Judge:**

This matter was referred to United States Magistrate Judge Donald J. Wilkerson for the specific purpose of conducting a change of plea for Defendant Asselin, pursuant to **28 U.S.C. § 636, LOCAL RULE 72.1(b)(2)** and Defendant Asselin's consent (Doc. 30). Pursuant to **FEDERAL RULE OF CRIMINAL PROCEDURE 11**, the change of plea hearing was held on February 10, 2010 (Doc. 29). During the change of plea, Defendant Asselin plead guilty to Count 1 of the Indictment, distribution of heroin, resulting in death, following a thorough colloquy with Judge Wilkerson. Thereafter, Judge Proud issued a Report and Recommendation ("the Report") recommending that the Court accept Defendant Asselin's plea of guilty (Doc. 33).

In accordance with **28 U.S.C. § 636(b)(1)(B)**, the parties were allowed fourteen days to file written objections. As of this date, neither party has filed an objection. Therefore, the Court **ADOPTS** the Report in its entirety. Thus, it is the

finding of the Court in the case of *United States v. Ryan W. Asselin*, that Defendant Asselin was fully competent and capable of entering an informed plea, that he was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.  Accordingly, the Court **ACCEPTS** Defendant Asselin's guilty plea and **ADJUDGES** him **GUILTY** on Count 1 of the Indictment.   The Court **REMINDS** the parties that this matter for sentencing on May 14, 2010 at 2:30 p.m.

**IT IS SO ORDERED.**

Signed this 2nd day of March, 2010.

/s/  *DavidRHerndon*
**Chief Judge**
**United States District Court**